E-FILED
Tuesday, 31 December, 2013  11:04:29 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Central Illinois Trucks Inc, et al )
                Plaintiffs )
)
v. ) Case No. 13-1379
CIT Group, Inc., et al )
)
                Defendants )

## ORDER

This case is set for a Rule 16 conference before Magistrate Judge John A. Gorman on February 12, 2014 at 10:45 AM via phone (the Court will set up the call). An agreed Discovery Plan pursuant to Fed.R.Civ.P. 26(f)(3) is to be filed on or before February 7, 2014. The "Discovery Plan" event may be found in the electronic case filing system within the "other Documents" category. If an agreed Discovery Plan cannot be filed, the each party shall file by said date a Plan that sets forth that party's proposal for scheduling the case and the reason for the lack of agreement.

Primary trial counsel for each party shall participate and shall be prepared to discuss all issues listed in Fed.R.Civ.P. 16 and 26. In addition, counsel for the parties shall report whether they will consent to the jurisdiction of the magistrate judge.

The Discovery Plan shall include, at a minimum, the items mentioned in Fed.R.Civ.P. 16(b); Fed.R.Civ.P. 26 (f)(2) and (3); and CDIL-LR 26.2(3). The Plan shall include provisions for discovery or disclosure of electronically stored information and any agreement with respect to inadvertently-disclosed work product or privileged information, using the Sedona Principles (second Edition 2007) as a guide.

ENTERED: December 31, 2013

                                          s/ John A. Gorman

                                          JOHN A. GORMAN
                                          U.S. MAGISTRATE JUDGE