E-FILED
Wednesday, 12 February, 2014 04:34:08 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, <br><br>　　　　Defendants. <br> CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, <br><br>　　　　Counterclaim-Plaintiffs, <br><br>　　v. <br><br>CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., <br><br>　　　　Counterclaim-Defendants. | No. 1:13-cv-01379-JES-JAG |

**DEFENDANTS/COUNTERCLAIM-PLAINTIFFS'
FIRST SET OF REQUESTS FOR
<u>PRODUCTION OF DOCUMENTS AND THINGS</u>**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants/Counterclaim-Plaintiffs, CIT Group Inc., CIT Bank, and CIT Finance LLC, (hereinafter, "Defendants/Counterclaim-Plaintiffs") request that Plaintiffs/Counterclaim-Defendants, Central Illinois Trucks, Inc., d/b/a CIT Group, Inc., CIT Equipment Finance, Inc., CIT Group Leasing, Inc., d/b/a CIT Paclease, Inc., (hereinafter, "Plaintiffs/Counterclaim-Defendants") produce the following documents and things within thirty

(30) days. Pursuant to Rule 34, Defendants/Counterclaim-Plaintiffs further request that Plaintiffs/Counterclaim-Defendants serve on Defendants/Counterclaim-Plaintiffs a written response to these requests within thirty (30) days of service. The following requests are continuing and require supplemental responses to the extent provided by Rule 26(e) of the Federal Rules of Civil Procedure.

## **DEFINITIONS AND INSTRUCTIONS**

A. The terms "Plaintiffs/Counterclaim-Defendants," "you" and "your" as used herein shall mean collectively Plaintiffs/Counterclaim-Defendants, Central Illinois Trucks, Inc., d/b/a CIT Group, Inc., CIT Equipment Finance, Inc., CIT Group Leasing, Inc., d/b/a CIT Paclease, Inc. and any division, parent, subsidiary, affiliate, licensee, franchisee, successor, predecessor in interest, assign or other related business entity, and any current or former director, officer, employee, agent, representative or other person acting or purporting to act on their behalf.

B. The term "Defendants/Counterclaim-Plaintiffs" as used herein shall mean Defendants/Counterclaim-Plaintiffs, CIT Group Inc., CIT Bank, and CIT Finance LLC and any division, parent, subsidiary, affiliate, licensee, franchisee, successor, predecessor in interest, assign or other related business entity, and any current or former director, officer, employee, agent, representative or other person acting or purporting to act on their behalf.

C. The term "person" shall mean natural persons and legal entities and includes firms, partnerships, associations and corporations.

D. The term "Defendants'/Counterclaim-Plaintiffs' Marks" as used herein, shall mean Defendants'/Counterclaim-Plaintiffs' trademarks, namely THE CIT GROUP®; THE CIT GROUP & Design®; CIT®; CIT & Design®; C IT® and CIT.COM® covered by United States trademark registrations numbers 1,448,848; 1,452,503; 2,766,028; and 2,781,012 and further described in Defendants'/Counterclaim-Plaintiffs' Counterclaims filed by

2

Defendants/Counterclaim-Plaintiffs in Civil Action No. 1:13-cv-01379-JES-JAG, which is currently pending in the United States District Court for the Central District of Illinois.

E. The term "Infringing Marks" as used herein, shall mean Plaintiffs'/Counterclaim-Defendants' use of the names CIT; CIT Group, Inc.; CIT Group Leasing, Inc.; CIT Equipment Finance, Inc.; and CIT Paclease, Inc. as further described in the Counterclaims filed by Defendants/Counterclaim-Plaintiffs in Civil Action No. 1:13-cv-01379-JES-JAG, which is currently pending in the United States District Court for the Central District of Illinois.

F. The term "document" is used in the broadest sense consistent with Rule 34 of the Federal Rules of Civil Procedure and includes, without limitation, the original and all copies of the following items, whether printed, written, contained in a computer storage device such as a floppy disk or computer memory, and whether produced by and/or reproduced by any process, namely: printed matter, notes, correspondence, internal company communications, letters, telegrams, cables, facsimiles, ledgers, calendars, diaries, books, statements, memoranda, summaries or records of conversations, minutes or records of meetings, reports, records, market surveys, market research, tabulations, contracts, invoices, receipts, vouchers, charges, labels, artwork, mockup labels, films, video tapes, photos, boards, drawings, graphs, photographs, microfilms, tape recordings, reports and/or summaries of interviews or investigations, opinions or reports of consultants, promotional literature, trade letters, press releases, drafts of documents and revisions of drafts of documents, notes or comments on or appended to requested documents, and other written or recorded material now or formerly in the possession, custody or control of Plaintiffs/Counterclaim-Defendants.

G. The term "concerning" means relating to, referring to, describing, evidencing or constituting. A request for a document or thing "concerning" any assertions or claims includes not only documents and things supporting or evidencing any such assertion or claim but also documents or things negating or tending to disprove the assertion or claim.

H. Whenever the terms "and" or "or" are used they are to be construed both disjunctively and conjunctively as necessary to bring within the scope of the discovery, responses that might otherwise be construed to be outside of its scope.

I. The term "Document Requests" means Defendants'/Counterclaim-Plaintiffs' First Set of Requests for Production of Documents and Things.

J. The term "requests" or "request" means Defendants'/Counterclaim-Plaintiffs' requests that constitute Defendants'/Counterclaim-Plaintiffs' First Set of Requests for Production of Documents and Things.

K. The use of the singular form of any word includes the plural and vice versa. Similarly, references to the masculine gender shall apply equally to the feminine gender.

L. Although some requests may be directed to "Plaintiffs" or "you," furnish all information which is available to you, including information in the possession, custody or control of your attorneys, agents, employees, investigators, consultants, experts and licensees, as well as any firm, company, corporation or business in which you own a controlling interest or over which you exercise control. If you cannot answer any of the following requests in full after exercising due diligence to secure the information, so state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

M. If any of the following requests calls for information subject to a claim of privilege or other objection, answer so much of each request and each part thereof as does not request privileged or confidential information. With respect to those portions of these requests which do request privileged information, set forth the basis for your claim of privilege or any other objection you may have.

N. If any document responsive to the following requests is withheld or not produced on the basis of a claim of privilege, you shall provide Defendants/Counterclaim-Plaintiffs with a list containing the following information for each of the documents:

    (i) the type of document, and, if electronically stored information, the software application used to create it;

    (ii) the author(s) and/or preparer(s) of the document, addressee and any other recipient, and where not apparent, the relationship between the author(s), addressee and recipients;

    (iii) a brief description of the document;

    (iv) the subject matter of the document;

    (v) the names of people to whom copies of the document were distributed;

    (vi) the nature of the privilege which is being claimed, and if the privilege is being asserted as to a claim or defense governed by state law, indicate the state's privilege rule being invoked; and

    (vii) the number of the request under which the document would otherwise be produced.

If it is claimed that only part of the document is privileged or otherwise need not be produced, please produce the remaining part of the document.

O.  Each request for documents seeks production of documents in their entirety, without redaction, abbreviation or expurgation, including all attachments and/or other matter affixed thereto, and including all existing drafts of any such documents.

P.  If any document requested has been lost, discarded, transferred to another person or entity, destroyed, or otherwise disposed of, please set forth in writing:

(i)  the date, name and subject matter of the document;

(ii)  the name, employment and title of each person who prepared, received, reviewed or had custody, possession or control of the document;

(iii)  the previous location of the document;

(iv)  the reason for disposal or transfer of the document;

(v)  the manner of disposal of the document; and

(vi)  the names and addresses of the transferee of the document.

Q.  For the convenience of the Court and the parties, each request should be quoted in full immediately preceding the response. You are also requested to order and label the materials produced in accordance with the final paragraph of Fed. R. Civ. P. 34(b).

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

## DOCUMENT REQUEST NO. 1:

All photographs or images of Plaintiffs'/Counterclaims-Defendants' use of the term CIT including, but not limited to, on marketing, promotional or advertising materials, signage, contracts, trucks or equipment.

**DOCUMENT REQUEST NO. 2:**

All documents concerning all goods or services sold by or on behalf of any of Plaintiffs/Counterclaim-Defendants in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 3:**

All documents concerning all goods or services intended to be sold by or on behalf of any of Plaintiffs/Counterclaim-Defendants in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 4:**

All documents concerning the actual, planned or future marketing, distribution, promotion and/or sale by or on behalf of any of Plaintiffs/Counterclaim-Defendants of any goods or services in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 5:**

All documents concerning any past marketing, distribution, promotion and/or sale by or on behalf of any of Plaintiffs/Counterclaim-Defendants of any goods or services in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 6:**

All documents, including all invoices, receipts, purchase orders and bills of lading, concerning or identifying the volume of sales (in dollars and units) of all goods or services sold under any of the Infringing Marks by or on behalf of any of Plaintiffs/Counterclaim-Defendants.

**DOCUMENT REQUEST NO. 7:**

All documents, including all invoices, receipts, purchase orders and bills of lading, concerning or identifying any expected future sales (in dollars and units) of any goods or services in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 8:**

All documents concerning or identifying any of Plaintiffs'/Counterclaim-Defendants' profits from the sale of any goods or services sold by or on behalf of any of Plaintiffs/Counterclaim-Defendants under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 9:**

All documents concerning or identifying any of Plaintiffs'/Counterclaim-Defendants' expected profits from the future sale of any goods or services sold by or on behalf of any of Plaintiffs/Counterclaim-Defendants under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 10:**

All documents that reflect any income that any of Plaintiffs/Counterclaim-Defendants and/or their principals derived from the sale of any goods or services sold under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 11:**

All documents that reflect any income that any of Plaintiffs/Counterclaim-Defendants and/or their principals expect to derive from the future sale of any goods or services sold under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 12:**

All documents referring or relating to any of Plaintiffs'/Counterclaim-Defendants' costs for the goods or services sold under or in connection with any of the Infringing Marks, including any receipts, invoices, purchase orders, cancelled checks, bank statements, money orders, etc.

**DOCUMENT REQUEST NO. 13:**

All documents referring or relating to any of Plaintiffs'/Counterclaim-Defendants' expected costs for the future sales of goods or services in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 14:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' expenditures for advertising or promotion for any goods or services using any of the Infringing Marks.

**DOCUMENT REQUEST NO. 15:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' expected expenditures for any future advertising or promotion for any goods or services using any of the Infringing Marks.

**DOCUMENT REQUEST NO. 16:**

A copy, sample or photograph of all goods sold in connection with any of the Infringing Marks, whether such items are currently being marketed, sold, used or distributed or were marketed, sold, used or distributed in the past, including, but not limited to, any products, tags, labels, packaging, signs or displays, created or designed by or for any of Plaintiffs/Counterclaim-Defendants that bear or include any of the Infringing Marks.

**DOCUMENT REQUEST NO. 17:**

All documents, including all invoices, receipts or purchase orders, concerning or identifying: any of Plaintiffs'/Counterclaim-Defendants' first use of any of the Infringing Marks; and any of Plaintiffs'/Counterclaim-Defendants' first use of any of the Infringing Marks in commerce.

**DOCUMENT REQUEST NO. 18:**

All documents, materials, and things that evidence any of Plaintiffs'/Counterclaim-Defendants' use in commerce of each and every separate merchandise, product or service promoted, marketed, distributed or sold in connection with any of the Infringing Marks since the first use of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 19:**

All marketing materials used or intended to be used by or on behalf of any of Plaintiffs/Counterclaim-Defendants, including print, radio, television advertising, in-store point-of-sale programs, brochures, catalogs, website and newspaper inserts, featuring any of the Infringing Marks, including without limitation to all drafts, mock-ups, or proposals therefor.

**DOCUMENT REQUEST NO. 20:**

All documents concerning any websites owned or operated by any of Plaintiffs/Counterclaim-Defendants through which any of Plaintiffs/Counterclaim-Defendants goods or services are or have been described, promoted, sold or offered for sale in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 21:**

All documents concerning any planned use or operation of websites by any of Plaintiffs/Counterclaim-Defendants through which any of Plaintiffs/Counterclaim-Defendants goods or services will be described, promoted, sold or offered for sale in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 22:**

Copies of all press releases, newspaper, magazine, newsletter, trade journal and other articles concerning any of Plaintiffs'/Counterclaim-Defendants' use, themselves or through

others, of any of the Infringing Marks in connection with any of Plaintiffs'/Counterclaim-Defendants' goods or services.

**DOCUMENT REQUEST NO. 23:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' knowledge of any of Defendants'/Counterclaim-Plaintiffs' Marks.

**DOCUMENT REQUEST NO. 24:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' knowledge of any of Defendants/Counterclaim-Plaintiffs or any of Defendants'/Counterclaim-Plaintiffs' Marks prior to any of Plaintiffs'/Counterclaim-Defendants' use, adoption or selection of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 25:**

All documents constituting or concerning communication between any of Plaintiffs/Counterclaim-Defendants and any of Defendants/Counterclaim-Plaintiffs.

**DOCUMENT REQUEST NO. 26:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' selection, creation, adoption and/or use of any of the Infringing Marks or in which the selection, creation, adoption and/or use of any of the Infringing Marks were suggested, discussed or mentioned.

**DOCUMENT REQUEST NO. 27:**

All documents concerning trademark searches, trademark clearances, internet print-outs or other inquiries conducted by or on behalf of any of Plaintiffs/Counterclaim-Defendants concerning the availability to use or register any of the Infringing Marks or any variations thereof as trademarks or company names, and all memos, correspondence or other documents relating thereto.

**DOCUMENT REQUEST NO. 28:**

All documents concerning any opinion letters, analysis or other communications regarding the availability to any of Plaintiffs/Counterclaim-Defendants or registrability by any of Plaintiffs/Counterclaim-Defendants of any of the Infringing Marks, including all documents concerning the identity of the individual or entity that requested the opinion, when the opinion was requested, who prepared the opinion, and the opinion – related document.

**DOCUMENT REQUEST NO. 29:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' continued use of any of the Infringing Marks after January 24, 2013, including the marketing, distribution, promotion and/or sale of any goods or services under any of the Infringing Marks.

**DOCUMENT REQUEST NO. 30:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' continued use of any of the Infringing Marks after March 15, 2013, including the marketing, distribution, promotion and/or sale of any goods or services under any of the Infringing Marks.

**DOCUMENT REQUEST NO. 31:**

All documents sufficient to identify the channels of trade through which any of the Plaintiffs/Counterclaim-Defendants, themselves or through others, are marketing, distributing, promoting and/or selling, or plan to market, distribute, promote and/or sell, directly or indirectly, any goods or services under or in connection with any of the Infringing Marks, including documents identifying the distributors, retail or other business outlets that offer for sale such goods or services.

**DOCUMENT REQUEST NO. 32:**

All documents sufficient to identify the channels of trade through which any of the Plaintiffs/Counterclaim-Defendants, themselves or through others, have previously marketed, distributed, promoted and/or sold, any goods or services under or in connection with any of the Infringing Marks, including documents identifying the distributors, retail or other business outlets that offer for sale such goods or services.

**DOCUMENT REQUEST NO. 33:**

All documents concerning or identifying the geographic regions in which any of the Plaintiffs/Counterclaim-Defendants, themselves or through others, market, distribute, promote and/or sell any goods or services under or in connection with any of the Infringing Marks or plan to market, distribute, promote and/or sell any goods or services under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 34:**

All documents concerning or identifying the geographic regions in which any of the Plaintiffs/Counterclaim-Defendants, themselves or through others, have previously marketed, distributed, promoted and/or sold any goods or services under or in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 35:**

All documents, materials and things evidencing or relating to the specific locations that you will promote, market, distribute, sell or offer for sale any product or service in connection with any of the Infringing Marks or that you have promoted, marketed, distributed, sold or offered for sale any product or service in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 36:**

All documents concerning or identifying the customers to whom any of the Plaintiffs/Counterclaim-Defendants, themselves or through others, have in the past or currently market, distribute, promote and/or sell any goods or services in connection with any of the Infringing Marks and/or to whom Plaintiffs/Counterclaim-Defendants intend to market, distribute, promote and/or sell such goods or services.

**DOCUMENT REQUEST NO. 37:**

All documents sufficient to identify or describe all goods or services offered by any of the Plaintiffs/Counterclaim-Defendants in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 38:**

All documents which reference, suggest, or inquire about any relationship or affiliation between any of Plaintiffs/Counterclaim-Defendants and any of Defendants/Counterclaim-Plaintiffs and/or between any of Plaintiffs'/Counterclaim-Defendants' goods or services and any of Defendants'/Counterclaim-Plaintiffs' goods or services.

**DOCUMENT REQUEST NO. 39:**

All documents concerning any instance or occasion of actual confusion or mistake between any of Plaintiffs/Counterclaim-Defendants and any of Defendants/Counterclaim-Plaintiffs.

**DOCUMENT REQUEST NO. 40:**

All documents concerning any of Plaintiffs'/Counterclaim-Defendants' awareness of any third party who is using or has used, or who has registered or attempted to register in the United States or in any state, any mark consisting of or including the term "CIT" in connection with financial related goods or services.

**DOCUMENT REQUEST NO. 41:**

All documents concerning any trademark watching service or trademark surveillance notices concerning any of the Infringing Marks.

**DOCUMENT REQUEST NO. 42:**

All documents concerning or constituting any license, franchise, grant of permission or assignment that involves or concerns any of the Infringing Marks.

**DOCUMENT REQUEST NO. 43:**

All documents concerning any trademark application filed by or on behalf of any of the Plaintiffs/Counterclaim-Defendants in connection with any of the Infringing Marks, including, but not limited to, copies of the trademark application, statement of use, office actions and Plaintiffs'/Counterclaim-Defendants' responses thereto.

**DOCUMENT REQUEST NO. 44:**

All documents concerning any claim, complaint, objection, opposition, cancellation, administrative proceeding, legal opinion or civil action involving any of the Infringing Marks, including without limitation to all pleadings, motions, investigative reports, responses, deposition transcripts, decisions, opinions, judgments on consent, orders, correspondence or communications, demand letters, replies, documentation regarding settlement proposals, settlement agreements and settlement letters.

**DOCUMENT REQUEST NO. 45:**

All documents concerning any lawsuit filed against any of the Plaintiffs/Counterclaim-Defendants for trademark infringement, counterfeiting, trade dress infringement, trademark dilution and/or unfair competition.

**DOCUMENT REQUEST NO. 46:**

All complete and accurate copies of all demand letters or cease and desist letters sent to any of Plaintiffs/Counterclaim-Defendants by third parties alleging trademark infringement, dilution, unfair competition or related claims.

**DOCUMENT REQUEST NO. 47:**

All documents concerning insurance policies in which any of the Plaintiffs/Counterclaim-Defendants are named insured.

**DOCUMENT REQUEST NO. 48:**

All federal, state and local tax returns filed by or on behalf of any of the Plaintiffs/Counterclaim-Defendants since January 1, 2008.

**DOCUMENT REQUEST NO. 49:**

All federal, state and local tax returns filed by or on behalf of any of the Plaintiffs/Counterclaim-Defendants since any of Plaintiffs/Counterclaim-Defendants' adoption of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 50:**

All documents concerning any deduction, including, but not limited to, costs, expenses, and overhead associated with the sale, distribution, promotion or advertising of any of Plaintiffs'/Counterclaim-Defendants' goods or services in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 51:**

All documents substantiating or supporting any of the claims contained in Plaintiffs'/Counterclaim-Defendants' Complaint, filed on August 23, 2013, Civil Action No.

1:13-cv-01379-JES-JAG, which is currently pending in the United States District Court for the Central District of Illinois.

**DOCUMENT REQUEST NO. 52:**

All documents which any of Plaintiffs/Counterclaim-Defendants intend to rely upon at trial.

**DOCUMENT REQUEST NO. 53:**

All documents, materials, and things referring or relating to the organization, incorporation, corporate structure, operation of the Plaintiff/Counterclaim-Defendant, Central Illinois Trucks, Inc., d/b/a CIT Group, Inc., including any documents regarding its first use of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 54:**

All documents, materials, and things referring or relating to the organization, incorporation, corporate structure, operation of Plaintiff/Counterclaim-Defendant CIT Equipment Finance, Inc., including any documents regarding its first use of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 55:**

All documents, materials, and things referring or relating to the organization, incorporation, corporate structure, operation of Plaintiff/Counterclaim-Defendant CIT Group Leasing, Inc. d/b/a CIT Paclease, Inc., including any documents regarding its first use of any of the Infringing Marks.

**DOCUMENT REQUEST NO. 56:**

All documents concerning any complaints received from consumers regarding the quality of any of Plaintiffs'/Counter-Defendants' goods or services sold in connection with any of the Infringing Marks.

**DOCUMENT REQUEST NO. 57:**

All documents, materials and things evidencing or relating to Plaintiffs'/Counterclaim-Defendants' claim that "Plaintiffs have not violated the Lanham Act because, among other reasons, Plaintiffs have not, in connection with any goods or services, used in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which (A) is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval or his or her goods, services, or commercial activities by another person, or (B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities."

**DOCUMENT REQUEST NO. 58:**

All documents, materials and things evidencing or relating to Plaintiffs'/Counterclaim-Defendants' claim that "Defendants have unduly delayed in asserting their rights in the Central Illinois Trucks and/or CIT marks."

**DOCUMENT REQUEST NO. 59:**

All documents, materials and things evidencing or relating to Plaintiffs'/Counterclaim-Defendants' claim that "Plaintiffs have not violated any state trademark,

unfair competition, or false and/or deceptive advertising laws through the use of the Central Illinois Trucks and its marks in connection with their in-house truck and equipment financing."

**DOCUMENT REQUEST NO. 60:**

All documents, materials and things evidencing or relating to Plaintiffs'/Counterclaim-Defendants' claim that "Defendants' trademark has not been diluted by the Plaintiffs' limited use of the Central Illinois Trucks Marks in connection with its in-house truck and equipment financing."

**DOCUMENT REQUEST NO. 61:**

All documents, materials and things evidencing or relating to Plaintiffs'/Counterclaim-Defendants' claim that "Plaintiff has not, through the use of the Central Illinois Trucks and its marks, violated or infringed any intellectual property or other rights of the Defendant, including any alleged trademark rights, and that the Plaintiff has not taken any action that constitutes unfair competition, trademark dilution, or false and/or deceptive business practices or which creates confusion in the marketplace."


DATED: February 12, 2014

Respectfully submitted,

By: /s/ Richard P. Darke
Richard P. Darke
One of the Attorneys for
Defendants/Counterclaim-Plaintiffs CIT Group Inc., CIT Bank, and CIT Finance LLC

Richard P. Darke, Esq.
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6743
Facsimile: (312) 277-2355
E-mail: RPDarke@duanemorris.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 12, 2014, he caused the foregoing to be served via U.S. Mail, by depositing a true and correct copy of same in the U.S. Mail depository at 190 South LaSalle Street, Chicago, Illinois, with postage prepaid, and via Electronic Mail, addressed to:

Duane D. Young, Esq.
LABARRE YOUNG & BEHNKE
1300 S 8th St., Ste. 2
Springfield, IL 62703
Telephone: (217) 544-8500
Facsimile: (217) 544-6200
E-mail: duane@lyblaw.com

                                                          Richard P. Darke

DM1\4351154.1