E-FILED
Thursday, 27 February, 2014  03:02:55 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, <br><br> Defendants. <br><br> CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., <br><br> Counterclaim-Defendants. | No. 1:13-cv-01379-JES-JAG |

**DEFENDANTS'/COUNTERCLAIM-PLAINTIFFS'**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants/Counterclaim-Plaintiffs, CIT Group Inc., CIT Bank and CIT Finance LLC, certify that Defendant, CIT Finance LLC is 100% owned by Defendant, CIT Bank, which

is 100% owned by Defendant, CIT Group Inc.  CIT Group Inc. has no parent company and there is no publicly held corporation owning 10% or more of its stock.  The common stock of CIT Group Inc. is publicly traded on the New York Stock Exchange (Ticker: CIT).

Dated: February 27, 2014

**CIT Group Inc., CIT Bank and CIT Finance LLC**

/s/ *Richard P. Darke*

Richard P. Darke
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6743
Facsimile: (312) 499-6701

Gregory P. Gulia
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Defendants/Counterclaim-Plaintiffs

3

**CERTIFICATE OF FILING/SERVICE**

    I, Richard P. Darke, an attorney, certify that on February 27, 2014, I caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants. Parties may access this filing through the Court's system.

                                                                 /s/ Richard P. Darke

DM1\4476848.1