IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CENTRAL ILLINOIS TRUCKS, INC., d/b/a )
CIT Group, Inc., CIT EQUIPMENT )
FINANCE, INC., CIT GROUP LEASING, )
INC., and CIT PACLEASE, INC., )
)
        Plaintiffs, )
)
vs. ) Case No. 1:13-cv-01379-JES-JAG
)
CIT GROUP, INC., CIT BANK, and CIT )
FINANCE, )
)
        Defendants. )
)

## CERTIFICATE OF SERVICE

I certify that on February 27, 2014, I mailed true and correct copies of Plaintiff's Initial Disclosures via the United States Postal Service to counsel for Defendants of record:

    Richard P. Darke
    Duane Morris, LLP
    190 South LaSalle St., Ste 3700
    Chicago IL 60603-3433

    CENTRAL ILLINOIS TRUCKS, INC., d/b/a
    CIT Group, Inc., CIT EQUIPMENT
    FINANCE, INC., CIT GROUP LEASING,
    INC., and CIT PACLEASE, INC.,

    By:   /s/Duane D. Young
        Duane D. Young

Attorneys' Address:
DUANE D. YOUNG
Registration No.:  3091457
LaBARRE, YOUNG & BEHNKE
1300 South Eighth Street
Suite Two
Springfield, Illinois  62703
Telephone:  (217) 544-8500
Facsimile:  (217) 544-6200
E-Mail: duane@lyblaw.com