**E-FILED**
Friday, 28 February, 2014  04:09:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, | ) ) ) ) |
| Defendants. | ) ) |
| CIT GROUP INC., CIT BANK, and CIT FINANCE LLC, | ) ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT GROUP, INC., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., d/b/a CIT PACLEASE, INC., | ) ) ) ) ) |
| Counterclaim-Defendants. | ) |

No. 1:13-cv-01379-JES-JAG

## DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURES

The undersigned counsel for Defendants/Counterclaim-Plaintiffs, CIT Group Inc., CIT Bank, and CIT Finance LLC, hereby certifies that on February 28, 2014, he served their Rule 26(a)(1) Initial Disclosures on counsel for Plaintiff/Counterclaim-Defendants, via U.S. Mail, by depositing a true and correct copy of same in the U.S. Mail depository at 190 South LaSalle Street, Chicago, Illinois, with postage prepaid, addressed to:

Duane D. Young
Labarre Young & Behnke
1300 S. Eighth St. – Suite 2
Springfield, IL  62703

**CIT Group Inc., CIT Bank**
**and CIT Finance LLC**

By:     /s/ *Richard P. Darke*

Richard P. Darke
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6743
Facsimile: (312) 499-6701
Email:  rpdarke@duanemorris.com

Gregory P. Gulia
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

2

## CERTIFICATE OF FILING/SERVICE

I, Richard P. Darke, an attorney, certify that on February 28, 2014, I caused the foregoing Notice to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants.  Parties may access this filing through the Court's system.

/s/  *Richard P. Darke*

DM1\4506355.1