E-FILED
Friday, 14 March, 2014 02:44:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT Group, Inc., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., and CIT PACLEASE<br><br>Plaintiffs,<br><br>vs.<br><br>CIT GROUP, INC., CIT BANK, and CIT FINANCE,<br><br>Defendants. | Case No. 1:13-cv-01379-JES-JAG |

## CERTIFICATE OF SERVICE

    I certify that on March 14, 2014, I mailed a true and correct copy of Plaintiff's Response to First Set of Requests for Admission via the United States Postal Service to counsel for Defendants of record, as well as serving a PDF copy by email:

                        Richard P. Darke
                        Duane Morris, LLP
              190 South LaSalle St., Ste 3700
                    Chicago IL 60603-3433

                        CENTRAL ILLINOIS TRUCKS, INC., d/b/a
                        CIT Group, Inc., CIT EQUIPMENT
                        FINANCE, INC., CIT GROUP LEASING,
                        INC., and CIT PACLEASE, Plaintiffs,

                        By:   /s/Duane D. Young
                              Duane D. Young

<u>Attorneys' Address</u>:
DUANE D. YOUNG
Registration No.: 3091457
LaBARRE, YOUNG & BEHNKE
1300 South Eighth Street
Suite Two
Springfield, Illinois 62703
Telephone: (217) 544-8500
Facsimile: (217) 544-6200
E-Mail: duane@lyblaw.com