IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT Group, Inc., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., and CIT PACLEASE<br><br>  Plaintiffs,<br><br>vs.<br><br>CIT GROUP, INC., CIT BANK, and CIT FINANCE,<br><br>  Defendants. | Case No. 1:13-cv-01379-JES-JAG |

## CERTIFICATE OF SERVICE

   I certify that on March 14, 2014, I mailed a true and correct copy of Plaintiff's Response to First Set of Interrogatories via the United States Postal Service to counsel for Defendants of record, as well as serving a PDF copy by email:

Richard P. Darke
Duane Morris, LLP
190 South LaSalle St., Ste 3700
Chicago IL 60603-3433

CENTRAL ILLINOIS TRUCKS, INC., d/b/a CIT Group, Inc., CIT EQUIPMENT FINANCE, INC., CIT GROUP LEASING, INC., and CIT PACLEASE, Plaintiffs,

By:   /s/Duane D. Young
  Duane D. Young

Attorneys' Address:
DUANE D. YOUNG
Registration No.:  3091457
LaBARRE, YOUNG & BEHNKE
1300 South Eighth Street
Suite Two
Springfield, Illinois  62703
Telephone:  (217) 544-8500
Facsimile:  (217) 544-6200
E-Mail: duane@lyblaw.com